EXHIBIT A

## *Harriet Callier v. Fancy Hands, Inc.*
### Plaintiff's Counsel's Hours, Fees, and Expenses

| PELTON & ASSOCIATES PC | | | |
|---|---|---|---|
| **Individual** | **Hourly Rate** | **Total Hours** | **Fees** |
| Brent E. Pelton, Esq. | $450 | 6.8 | $3,060.00 |
| Taylor B. Graham, Esq. | $300 | 54.0 | $16,200.00 |
| **TOTAL FEES:** | | **60.8** | **$19,260. 00** |

| Expense | Cost |
|---|---|
| Complaint fee | $400.00 |
| Process Service of Summons & Complaint | $381.45 |
| **TOTAL COSTS:** | **$781.45** |