```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____10/2/2015____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
HARRIET CALLIER,                                           :
*Individually and on behalf of all others similarly*       :
*situated*,                                                :
                                                           :          15-CV-2232 (VSB)
                                          Plaintiff,       :
                                                           :          <u>ORDER</u>
                  -v-                                      :
                                                           :
                                                           :
FANCY HANDS, INC.,                                         :
                                                           :
                                         Defendant.        :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

         The Court has been advised that the parties have reached a settlement in this Fair Labor

Standards Act case.  (Doc. 21.)  By Order dated September 28, 2015, I directed the parties to

provide me with answer to several questions concerning their settlement.  (Doc. 22.)  I have

reviewed the parties' responses to my questions, (Doc. 23), and settlement agreements (Doc. 21),

and determine that their terms are fair, reasonable, and adequate.  The parties' stipulation of

dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), is hereby GRANTED.  (*See* Doc.

15.)

         SO ORDERED.


Dated:        October 2, 2015
              New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge